AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 02 2026

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Theo Walker | ) | Case No: 3:21-cr-00040-01-KGB |
|  | ) | USM No: 71384-509 |
| Date of Original Judgment: 04/25/2023 | ) | |
| Date of Previous Amended Judgment: _____ | ) | Omar Green |
| *(Use Date of Last Amended Judgment if Any)* |  | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __120__ months **is reduced to** __108 months__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __04/25/2023__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __02/02/2026__

_____
Judge's signature

Chief United States District Judge Kristine G. Baker
*Printed name and title*

Effective Date: _____
*(if different from order date)*